No. 68658.—Rotel Corp. of America *v.* United States, protest 62/17408 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items marked "A" consist of food juicers similar in all material respects to those the subject of Abstract 65798 and that the items marked "B" consist of "blenders which are constituent or integral parts of food juicer entirety which has as an essential feature an electrical element or device," the claim of the plaintiff was sustained.

No. 68659.—Lafayette Radio Electronics Corp. *v.* United States, protests 62/19581, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of multitesters and milliammeter and meter movements similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. 68660.—Polk's Model Craft Hobbies, Inc. *v.* United States, protests 61/1008, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of multitesters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.